UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| KIRBY A. KINCHEN, | ) | CASE NO. C05-1424-RSL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded for further administrative proceedings. On remand, the case will be assigned to a different administrative law judge (ALJ). The new ALJ will be directed to give Plaintiff an opportunity for a new hearing. The ALJ will be directed to address all medical opinions in accordance with the regulations and Social Security Ruling (SSR) 96-2p, available at 1996 WL 371488, SSR 96-5p, available at 1996 WL 371483, and SSR 96-6p, available at 1996 WL 371480. The ALJ will be directed to explain the weight given such evidence. The ALJ will be directed to give further consideration to Plaintiff's subjective complaints and to his maximum residual functional capacity. The ALJ will be directed to obtain medical expert evidence from a

ORDER
PAGE -1

psychiatrist or psychologist, if necessary. The ALJ will be directed to obtain supplemental vocational expert evidence. In so doing, the ALJ will be directed to identify and resolve any conflicts between the occupational evidence provided by the vocational expert and information in the Dictionary of Occupational Titles and the Selected Characteristics of Occupations.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 3rd day of January, 2006.

*Robert S. Lasnik*
Robert S. Lasnik
United States District Judge

Recommended for Entry
this 22nd day December, 2005.

s/ Mary Alice Theiler
United States Magistrate Judge

Presented by:

s/ Daphne Banay
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave., Ste. 2900, M/S 901
Phone: 206-615-2113
Fax: 206-615-2531
daphne.banay@ssa.gov

ORDER
PAGE -2